IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAMU CRITTLE, 15069-111, | ) |
| Plaintiff(s), | ) No. C 14-3979 CRB (PR) |
| v. | ) ORDER |
| UNITED STATES, et al., | ) |
| Defendant(s). | ) |

Per order filed on February 29, 2016, the court granted plaintiff an extension of time until March 23, 2016 to file an opposition, or notice of non-opposition, to defendants' second motion for summary judgment. But to date plaintiff has filed neither an opposition nor a notice of non-opposition.

Plaintiff will be afforded a <u>final</u> opportunity to file an opposition, or notice of non-opposition, by no later than April 29, 2016. Plaintiff is warned that the court (1) will treat defendants' motion for summary judgment as unopposed unless he files an opposition by April 29, 2016, and (2) will not grant any further extensions of time.

Defendants shall file a reply to any opposition within fourteen (14) days of the date on which an opposition is filed.

SO ORDERED.

DATED: April 7, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Crittle, A.14-3979.or2.wpd